## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.09-cv-01602-REB-CBS

CHARLES CONNES,

    Plaintiff,

v.

AMF BOWLING CENTERS, INC., AND/OR
AMF WORLDWIDE BOWLING, INC., AND/OR
AMF WORLDWIDE BOWLING CENTERS HOLDINGS, INC.,

    Defendants.

## ORDER OF DISMISSAL

The matter before me is the **Joint Stipulated Motion To Dismiss With Prejudice** [#23] filed January 28, 2010. After careful review of the stipulation and the file, I conclude that the stipulated motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss With Prejudice** [#23] filed January 28, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for June 25, 2010, is **VACATED**;

3. That the jury trial set to commence July 12, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 28, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge